**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

John Clay Lejeune                    Marcus Gene Hollier
Attorney at Law                      DOC No. 374469
P. O. Box 1919                       P. O. Box 1056
Crowley LA 70527                     DeQuincy LA 70633


**REHEARING ACTION: May 19, 2010**

**Docket Number: 09   01084-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MARCUS GENE HOLLIER**

**Appealed from Acadia Parish Case No. 71404**


**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Oswald A. Decuir**
   **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marcus Gene Hollier** has this day been

   **DENIED.**


cc: Michael Harson, Counsel for the Appellee
    Roger P. Hamilton, Jr., Counsel for the Appellee